EVANGELISTA & QUIBAN
Attorneys at Law, A Law Corporation

PABLO P. QUIBAN   #5099
Ocean View Center, Suite 710
707 Richards Street
Honolulu, Hawaii  96813
Telephone No.: (808) 528-3955
Facsimile No.: (808)523-9476
Email: ppq-esq@hawaii.rr.com

Attorney for Plaintiffs
HAWAII LABORERS' TRUST FUNDS

IN THE UNITED STATES DISTRICT COURT

FOR  THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS, (*Hawaii Laborers' Health & Welfare Trust Funds* by its trustees by its trustees Harry Ushijima, Albert Hamamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Walter Arakaki, and Toni Figueroa, etc., etal.,)<br><br>Plaintiffs,<br><br>vs.<br><br>STRUCTURAL DYNAMICS INC., a Hawaii corporation,<br><br>Defendant. | CIVIL NO. 05-00343 ACK BMK<br><br>FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT<br><br><br><br><br><br><br><br>DATE: March 24, 2006<br>TIME: 2:00 p.m.<br>JUDGE: BARRY M. KURREN |

FINDINGS OF FACT AND RECOMMENDATION FOR DISPOSITION RE: PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT <u>AGAINST DEFENDANT STRUCTURAL DYNAMICS INC.</u>

Plaintiffs HAWAII LABORERS' TRUST FUNDS ("Plaintiffs') Motion For Entry Of Default Judgment Against Defendant STRUCTURAL DYNAMICS INC. ("Defendant"), having come for hearing before the Honorable Barry M. Kurren, Magistrate Judge on March 24, 2006 at 2:00 p.m. and Pablo P. Quiban, Esq. appearing on behalf of Plaintiffs, no one appearing on behalf of Defendant; and the Court having read the memoranda, declarations, affidavits and exhibits in support and in opposition thereto, having considered the evidence presented, and having heard oral arguments, and being fully advised in the premises and good cause appearing therefor, it is RECOMMENDED that Plaintiffs' Motion for Entry of Default Judgment Against Defendant STRUCTURAL DYNAMICS INC., be GRANTED.

The court bases its recommendation upon the following findings:

<u>FINDINGS OF FACT</u>

1. Defendant STRUCTURAL DYNAMICS INC., is doing business in the State of Hawaii under Hawaii Contractor License No. ABC-13890 with its principal place of business in the County of Honolulu, State of Hawaii.

2. Defendant entered into a collective bargaining agreement with the Laborers' International Union of North America, Local 368, AFL-CIO ("Union") on

October 10, 1997, which was acknowledged by the Certification of Receipt and Acceptance, copies of both documents were attached to the Complaint filed herein, which agreements by their terms incorporated the Master Agreement Covering Construction Laborers in the State of Hawaii ("CBA").

   3. That under the CBA, Defendant promised to contribute and pay employee benefit contributions once per month to Plaintiff for each hour of work performed by Defendant's employees for work covered by the CBA, which contributions are to be paid to Plaintiff on or before the 20th day of each month for hours worked the prior month.

   4. That under the CBA, Defendant agreed that in the event monthly trust fund contributions were not paid when due, Defendant would pay the sum of $20.00 or 20%, whichever was greater, of the amount of the trust fund contributions owed to each Trust Fund for each delinquency, as and for liquidated damages and not as penalty.

   5. That under the CBA, Defendant agreed to submit its monthly payroll reports and to provide Plaintiffs with all the information necessary to carry out the purposes of the various trust funds, and to pay interest at the rate of 12% per annum on unpaid balances owed.

   6. For the period from July 2004 to present, Defendant under-reported hours worked by employees who were covered by the CBA which resulted in unpaid contributions of TWENTY-FOUR THOUSAND ONE HUNDRED SIXTY

ONE and 28/100 DOLLARS ($24,161.28) and liquidated damages of THIRTY-FOUR THOUSAND EIGHT HUNDRED FIFTY FOUR and 16/100 DOLLARS ($34,854.16), which delinquency was determined by monthly payroll report transmittals submitted by Defendant to the trust fund administrator's office, as noted in the *Affidavit of Ryan J.Q. Lee*, which affidavit was filed herein on March 9, 2006.

      7.    That the interest on the total amount owed is TWELVE THOUSAND FOUR HUNDRED THIRTY-SIX and 90/100 DOLLARS ($12,436.90). (May 2004 to March 3, 2006).

      8.    That service of the Complaint & Summons was pursuant to the Ex Parte Motion For Service by Publication Filed herein on October 6, 2005, and Defendant failed to appear at the return hearing held on February 16, 2006, or file a written response to the Complaint & Summons; a Request For Entry of Default was filed on February 22, 2006.

      9.    Plaintiff then filed its *Motion For Entry of Default Judgment* Against Defendant STRUCTURAL DYNAMICS INC., on March 9, 2006, which was heard on March 24, 2006.

      10.    That at this time, the total amount owing by Defendant is TWENTY-FOUR THOUSAND ONE HUNDRED SIXTY-ONE and 28/100 DOLLARS ($24,161.28) for contributions, THIRTY-FOUR THOUSAND EIGHT HUNDRED FIFTY-FOUR and 16/100 DOLLARS ($34,854.16) for liquidated damages, TWELVE THOUSAND FOUR HUNDRED THIRTY-SIX and 90/100 ($12,436.90) in interest for a total of SEVENTY-ONE THOUSAND FOUR HUNDRED FIFTY-TWO and 34/100 DOLLARS ($71,452.34).

11.     That Plaintiffs are entitled to reasonable attorney's fees and costs pursuant to Section 14, II , 4(a)(5), p. 20 of the CBA and pursuant to the Employees Retirement Income Security Act, 29 U.S.C. Section 1132(g)(2), and as supported by the Declaration of Counsel and Bill of Costs submitted at a later date.

### RECOMMENDATION

Pursuant to the foregoing findings of fact, it is RECOMMENDED that:

A.      Plaintiffs' Motion for Entry of Default Judgment be GRANTED and that judgment be entered against Defendant STRUCTURAL DYNAMICS INC., for the sum of SEVENTY-ONE THOUSAND FOUR HUNDRED FIFTY-TWO and 34/100 DOLLARS ($71,452.34) plus legal interest from the entry hereof until paid in full.

B.      Plaintiffs are entitled to claim further sums due, including reasonable attorney's fees and costs upon submission of a Declaration of Counsel and Bill of Costs.

IT IS SO FOUND AND RECOMMENDED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: April 25, 2006

---

*HAWAII LABORERS' TRUST FUNDS vs. STRUCTURAL DYNAMICS INC.;* Civil No. 05-00343 ACK BMK; Findings of Fact and Conclusions of Law Re: Plaintiff's Motion For Entry of Default Judgment Against Defendant STRUCTURAL DYNAMICS INC.