IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS (Hawaii Laborers' Health & Welfare Trust Fund by its trustees Harry Ushijima, Albert Hanamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Walter Arakaki, Antonio J. Saguibo, Jr., and Anacleto Alcantra, etc., et. al.),<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>STRUCTURAL DYNAMICS, INC.,<br><br>　　　　　Defendant.<br>_____ | CV. NO. 05-00343 ACK-BMK |

SPECIAL MASTER'S REPORT FINDING AND RECOMMENDING THAT PLAINTIFFS' MOTION FOR ATTORNEYS' FEES BE GRANTED AND THAT <u>PLAINTIFFS BE AWARDED COSTS</u>

Before the Court is Plaintiffs Hawaii Laborers' Trust Funds' Motion for Attorneys' Fees. This motion was referred to the Special Master under Local Rule 53.1. After careful consideration of the motion and supporting memoranda, the Special Master hereby FINDS and RECOMMENDS that Plaintiffs' motion be GRANTED and that Plaintiffs be awarded **$2,727.95** in attorneys' fees.

Furthermore, after careful consideration of Plaintiffs' Bill of Costs, the Special Master FINDS and RECOMMENDS that Plaintiffs be awarded **$877.12** in costs.

On April 26, 2006, the Court issued a Finding and Recommendation recommending that Plaintiffs be granted default judgment and that Plaintiffs be awarded reasonable attorneys' fees and costs. On July 14, 2006, the Court issued an Order Modifying in Part and Adopting the Modified Findings and Recommendation. This order did not modify that portion of the Finding and Recommendation regarding attorneys' fees and costs. Judgment was entered for Plaintiffs on July 25, 2006. The Special Master now FINDS that Plaintiffs' request for attorneys' fees and costs is reasonable, and RECOMMENDS that those fees and costs be granted.

IT IS SO FOUND AND RECOMMENDED.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: November 27, 2006

Hawaii Laborers' Trust Funds v. Structural Dynamics, Inc.; SPECIAL MASTER'S REPORT FINDING AND RECOMMENDING THAT PLAINTIFFS' MOTION FOR ATTORNEYS' FEES BE GRANTED AND THAT PLAINTIFFS BE AWARDED COSTS; Cv. No. 05-00343 ACK-BMK.