IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HAWAII LABORERS' TRUST FUNDS (Hawaii Laborers' Health & Welfare Trust Fund by its trustees Harry Ushijima, Albert Hanamoto, Mel Cremer, Benjamin Saguibo, Daniel Nakamura, Stephanie C. Mahelona, Walter Arakaki, Antonio J. Saguibo, Jr., and Anacleto Alcantra, etc., et. al.),<br><br>            Plaintiff(s),<br><br>   vs.<br><br>STRUCTURAL DYNAMICS, INC.,<br><br>            Defendant(s).<br>_____ | CV 05-00343 ACK-BMK |

<u>ORDER ADOPTING REPORT OF SPECIAL MASTER</u>

A Report of Special Master having been filed and served on all parties on November 28, 2006 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28, United States Code, Section 636 (b)(2) and Local Rule 53.1, the "Special Master's Report Finding and Recommending That Plaintiffs' Motion for Attorneys' Fees Be Granted and That Plaintiffs Be Awarded Costs " is adopted as the opinion and

order of this court.

      IT IS SO ORDERED.

      DATED: Honolulu, Hawaii, December 27, 2006.



_____
Alan C. Kay
Sr. United States District Judge